UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: BORIS SORIN, ESQ. - 1669

| | |
|---|---|
| ITTA SHNAYDER AND ROLAN SHNAYDER | Index #: 08 CV 02803 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| IMICO BRICKELL, LLC, ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 25, 2008 at 11:47 AM at

C/O BELNORD REALTY ASSOC. LLP
225 WEST 86TH STREET
NEW YORK, NY10024

deponent served the within true copy of the SUMMONS & COMPLAINT on IMICO BRICKELL, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**  by delivering thereat a true copy of each to HEDI WELL personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 50 | 5'5 | 160 |

Sworn to me on: March 26, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 550524