UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ITTA SHNAYDER and ROLAN SHNAYDER,

          Plaintiff,

-against-

IMICO BRICKELL, LLC, EXTELL
DEVELOPMENT COMPANY and INTELL
MANAGEMENT and INVESTMENT
COMPANY,

          Defendants.
------------------------------------------------------------X

Civil Docket for Case
No.: 1:08-cv-02803(MGC)

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO RULE 41
OF THE FEDERAL RULES
OF CIVIL PROCEDURE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record of each of the parties to this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has interest in the subject matter of the action, the above-entitled action be, and the same hereby is, withdrawn and dismissed, without prejudice and without costs to any party as against the other.

Dated: New York, New York
       May 20, 2008
Yours, etc.,

SYLVOR & RICHMAN, LLP

By: _____
   BORIS SORIN, ESQ. (BS-9689)
Attorneys for Plaintiff
605 Third Avenue – 15th Floor
New York, N.Y. 10158
(212) 972-1100

SNITOW KANFER HOLTZER & MILLUS, LLP

By: _____
   ALAN HEBLACK, ESQ.
Attorney for Defendants
575 Lexington Avenue
New York, N.Y. 10022
(212) 317-8500